**SILVERMANACAMPORA LLP**  
Proposed Attorneys for Kenneth P. Silverman, Esq.,  
the Chapter 7 Trustee  
100 Jericho Quadrangle, Suite 300  
Jericho, New York 11753  
Justin S. Krell

Presentment Date: May 18, 2020  
Time: 12:00 p.m.

Objections Due: May 11, 2020  
Time: 4:00 p.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------x  
In re:

        Chapter 7  
        Case No.: 20-10377 (JLG)

EPIPHANY COMMUNITY NURSERY SCHOOL, INC.,

                Debtor.  
------------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 9019(a) AND BANKRUPTCY CODE SECTION 362 SEEKING APPROVAL OF STIPULATION MODIFYING AUTOMATIC STAY AND RESOLVING CLAIMS OF HAUG PROPERTIES LLC

**PLEASE TAKE NOTICE**, that upon the motion dated April 20, 2020 (the "**Motion**"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the above-captioned bankruptcy estate (the "**Debtor**"), by his proposed attorneys, SilvermanAcampora LLP, will present to the Honorable James L. Garrity Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004, for signature on **May 18, 2020 at 12:00 p.m.**, an Order (the "**Proposed Order**") approving a stipulation (the "**Stipulation**") by and between the Trustee and Haug Properties LLC (the "**Landlord**"), modifying the automatic stay and resolving the Landlord's claims against the Debtor's estate, and for such other, further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion and/or the Stipulation must be: (i) made in writing; (ii) filed with the Court

electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004, with a hard copy delivered directly to the Chambers of the Honorable James L. Garrity Jr., United States Bankruptcy Judge, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004; and (iii) served upon (a) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Justin S. Krell, Esq., and (b) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Serene K. Nakano, Esq., so as to be received no later than **4:00 p.m. on May 11, 2020**. Unless timely objections are filed, the Proposed Order may be signed without a hearing.

**PLEASE TAKE FURTHER NOTICE**, that if timely objections are filed and served, and if the Court so directs, a hearing will be held before the Honorable James L. Garrity Jr., United States Bankruptcy Judge, on a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: Jericho, New York
April 20, 2020

SILVERMANACAMPORA LLP
Proposed Attorneys for
Kenneth P. Silverman, Esq.,
The Chapter 7 Trustee

By:   /s/ Justin S. Krell
Justin S. Krell, Esq.
Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300